Order entered January 10, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01481-CV

## ARTHUR CARSON AND JEWELLEAN MOORE, Appellants

## V.

## EL CAPITAN APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02017D**

## ORDER

This is an appeal from a summary judgment. By motion filed January 2, 2014, appellants complain that no record of the summary judgment hearing was made and ask the record be supplemented. Although the Texas Rules of Appellate Procedure allow for supplementation of the reporter's record, the rule presupposes a record was made. *See* TEX. R. APP. P. 34.6(d). Because no record was made of the summary judgment hearing, we **DENY** appellants' motion.

/s/     ELIZABETH LANG-MIERS
        JUSTICE